United States District Court
for the District of New Jersey

_____

**UNITED STATES OF AMERICA**

        Plaintiff

        vs.

**LUIS EDWARD ALCANTARA**

        Defendant
_____

:
:
:   Crim. 03-118
:
:   Order of Reassignment
:
:
:

It is on this 31st day of January 2012,

O R D E R E D that the entitled action is reassigned

from Judge Garrett E. Brown Jr. to Judge Susan D. Wigenton.

                                                S/Jerome B. Simandle
                                       Jerome B. Simandle, Chief Judge
                                       United States District Court